# United States District Court
## Violation Notice
(Rev. 1/2020)

VIF09635623

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF3 | E1361792 | BYLICKI D. | B9476 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/09/2021 4:06 PM
Offense Charged: ☒ USC
10 USC 2671
FAC 68A-17.004(2)(c)

Place of Offense: RR 213 / RR 257 Eglin AFB

Offense Description: Factual Basis for Charge
No Recreation Permit (Eglin)

### DEFENDANT INFORMATION

Last Name: ARROYO
First Name: MIGUEL E.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| QLRM59 | FL | 21 | FORD BOX TRUCK | | WHT |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 85.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov
$ 115.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:                Date:
                              Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1361792*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9 Nov, 20 21 while exercising my duties as a law enforcement officer in the Northern District of Florida

while running radar I observed Arroyo traveling at a high rate of speed. I made contact with Arroyo who did not have a recreation permit. Arroyo was identified via his Florida drivers license.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/09/2021   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident